**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 30, 2026.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHYLUCK MARIE ALFARO, | § | CASE NO. 26-60065-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court considered the docket sheet in this case and determined the Debtor previously filed the following cases, either jointly or individually:

| Prior Case No. | District | Date Filed | Chapter | Disposition | Date of Disposition |
|---|---|---|---|---|---|
| 25-60444-mmp | W.D. Tex. | 06/30/2025 | 7 | Dismissed | 09/09/2025 |

Because of the filing of several cases, it will be necessary for the Court to conduct a show-cause hearing to determine whether Case No. 26-60065-mmp should be dismissed. It is therefore

**ORDERED** that the Debtor or Debtor's attorney appear before this Court on **TUESDAY, FEBRUARY 10, 2026, AT 1:30 PM** in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to

why Case No. 26-60065-mmp should not be dismissed.

# # #